**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER LONG, #02385559, | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-461-JDK-JDL |
| | § | |
| OSCAR MENDOZA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Christopher Long, proceeding pro se, filed this civil rights proceeding. The case was referred to United States Magistrate Judge John D. Love for findings of fact, conclusions of law, and recommendations for the disposition of the case.

On April 8, 2026, Judge Love issued a Report (Docket No. 6) recommending that the Court dismiss Plaintiff's lawsuit, without prejudice, for his failure to comply with two orders of the Court. A copy of this Report was mailed to Plaintiff at his last-known address, with an acknowledgment card. The docket reflects that Plaintiff received a copy of the Report on April 14, 2026. Docket No. 7. To date, however, Plaintiff neither filed objections nor otherwise responded to the Report.

The Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire

1

record and makes an independent assessment under the law.  *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.").

Having reviewed the Magistrate Judge's report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 6) as the findings of this Court.  It is therefore **ORDERED** that Plaintiff's suit is **DISMISSED without prejudice**, for Plaintiff's failure to comply with two orders of the Court.

So **ORDERED** and **SIGNED** this **4th**  day of  **June, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2